IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CARLSON ENTERPRISES, INC., | |
|---|---|
| Plaintiff, | 8:18-CV-396 |
| vs. | |
| ACUITY INSURANCE COMPANY, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Default Judgment (filing 8) as to defendant, Acuity Insurance Company. The Court will deny the motion without prejudice, because it is premature. Under Fed. R. Civ. P. 55, an entry of default must precede the entry of a default judgment. *Tollefson v. Pladson*, 508 Fed. Appx. 593, 595 (8th Cir. 2013); *Hagen v. Sisseton-Wahpeton Cmty. Coll.*, 205 F.3d 1040, 1042 (8th Cir. 2000); *Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783-84 (8th Cir. 1998); *Webster Indus., Inc. v. Northwood Doors, Inc.*, 244 F. Supp. 2d 998, 1003 (N.D. Iowa 2003). Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Default Judgment (filing 8) is denied without prejudice.

2. The Clerk of the Court is directed to enter the default of defendant Acuity Insurance Company pursuant to Fed. R. Civ. P. 55(a) and NECivR 55.1(a).

Dated this 20th day of September, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge