IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLSON ENTERPRISES, INC., | |
| Plaintiff, | 8:18-CV-396 |
| vs. | JUDGMENT |
| ACUITY INSURANCE COMPANY, | |
| Defendant. | |

On the parties' stipulation for dismissal with prejudice (filing 28), this case is dismissed with prejudice.

Dated this 15th day of August, 2019.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
Chief United States District Judge